MRS. ADDIE LILLIAN SMITH v. UNIVERSITY CONSTRUCTION COMPANY, INC., W. G. FIELDS AND WIFE, MINNIE B. FIELDS, GLYNN FIELDS AND WIFE, JACKIE FIELDS, W. G. FIELDS, JR., AND WIFE, NANETTE WOOD FIELDS, FRANK M. CARLISLE AND WIFE, THEO FIELDS CARLISLE, INDIVIDUALLY AND DOING BUSINESS AS UNIVERSITY CONSTRUCTION COMPANY.

(Filed 13 January, 1956.)

APPEAL by defendants from *Bickett, J.,* May Term, 1955, of ORANGE. This is a civil action to recover for personal injuries sustained by the plaintiff when the defendants' garbage truck, which had been parked near the plaintiff's home, with the motor running, where it remained unattended for some ten minutes, rolled downhill toward plaintiff's house and struck the plaintiff who was on her porch, pinning her to the porch and inflicting upon her serious injuries.

The jury returned a verdict in favor of the plaintiff and from the judgment entered thereon the defendants appeal, assigning error.

*John T. Manning and Reade, Fuller, Newsom & Graham for appellee.*
*Bonner D. Sawyer and L. J. Phipps for appellants.*

PER CURIAM. We have carefully examined the defendants' assignments of error and in our opinion they present no prejudicial error of sufficient merit to justify a new trial. Hence, in the trial below we find

No error.

———————

STATE OF NORTH CAROLINA EX REL. NORTH CAROLINA UTILITIES COMMISSION, v. YOUNGBLOOD TRUCK LINES, INC., APPLICANT-PETITIONER; GREAT SOUTHERN TRUCKING COMPANY, McLEAN TRUCKING COMPANY, INC., MILLER MOTOR EXPRESS, INC., FREDRICKSON MOTOR EXPRESS CORP., HELMS MOTOR EXPRESS, INC., OVERNITE TRANSPORTATION COMPANY, AND THURSTON MOTOR LINES, INC.

(Filed 3 February, 1956.)

**1. Utilities Commission §§ 3, 5—**

Where the Utilities Commission dismisses a petition on the ground that it is without jurisdiction to grant the relief sought, the merits of the controversy are not before it for decision, and neither the order of the Commission nor the judgment of the Superior Court on appeal should contain findings of fact or conclusions of law in respect to the merits, and such irrelevant findings and conclusions may be stricken.